IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STACEY R. BRADLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-639-WKW |
| | ) | [WO] |
| SOUTHERN HEALTH PARTNERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On July 11, 2018, the Magistrate Judge filed a Recommendation (Doc. # 5) to which Plaintiff filed a timely objection (Doc. # 10). Plaintiff's objection, however, is not responsive to the Magistrate Judge's conclusion that the Randolph County Jail "is not a legal entity subject to suit." (Doc. # 5, at 2.) Accordingly, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 10) is OVERRULED;

(2) The Recommendation (Doc. # 5) is ADOPTED; and

(3) This action with respect to Plaintiff's claims against the remaining Defendants is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 6th day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE