IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STACEY R. BRADLEY, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 3:18-cv-639-ECM |
| | ) (WO) |
| SOUTHERN HEALTH PARTNERS, *et al.*, | ) |
| Defendants. | ) |

# **O R D E R**

On February 21, 2019, the Magistrate Judge entered a Recommendation (doc. 29) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this Court.

A Final Judgment will be entered.

Done this 22nd day of March, 2019.

                                                /s/Emily C. Marks
                                          EMILY C. MARKS
                                          CHIEF UNITED STATES DISTRICT JUDGE